# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2408

_____

|  |  |  |
|---|---|---|
| Larry Coffman, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Jay Nixon; Unknown Persons; Dorn | * | |
| Schoffman; Alan Blake; Jay Englehart; | * | |
| Dian Flinly; Sheila Light; Marty | * | [UNPUBLISHED] |
| Bellew Smith; Nancy Crump; Linda | * | |
| Mead; Margert Shelton; Diane | * | |
| McFarland; Mary Weiler; Gerald | * | |
| Hoefline; Dawn Philips, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 7, 2005
Filed: April 21, 2005

_____

Before MELLOY, McMILLIAN and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Larry Coffman appeals the district court's[1] preservice dismissal under 28 U.S.C. § 1915(e)(2)(B) of his complaint. Following de novo review, see Moore v.

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

<u>Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude the district court was correct that many of the conditions and actions of which Coffman complained did not implicate his federal rights, and his other allegations were insufficient to state a claim under 42 U.S.C. § 1983. <u>See</u> <u>Maine v. Thiboutot</u>, 448 U.S. 1, 4 (1980) (§ 1983 encompasses violations of federal statutory as well as constitutional law); <u>Cooper v. Schriro</u>, 189 F.3d 781, 785 (8th Cir. 1999) (per curiam) (pro se pleading must allege specific facts supporting its conclusions). Among its infirmities, Coffman's complaint did not specify which of the many named defendants was responsible for each of the alleged harms. <u>See</u> <u>Martin v. Sargent</u>, 780 F.2d 1334, 1338 (8th Cir. 1985) (to state § 1983 claim, plaintiff must allege defendant was personally involved in or had direct responsibility for incidents that resulted in injury).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____